UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        Plaintiff,
        v.                            11-CR-151-A

EFRAIN HIDALGO,

        Defendant.
_____

## ORDER

TO:    Charles Dunne, United States Marshal, Eastern District of New York,
        or his Deputies

        YOU ARE HEREBY ORDERED to produce defendant EFRAIN HIDALGO, now detained at the Federal Bureau of Prisons, Metropolitan Detention Center, Brooklyn, New York, to the United States Courthouse, 225 Cadman Plaza East, Room 402, Brooklyn, New York 11201, on the 17th day of July, 2013 at 10:00 a.m. in the forenoon of said day, so that he may participate in oral argument via video-conference in the matter of *United States v. Efrain Hidalgo, et al*; Case No. 11-CR-151-A, before the Honorable H. Kenneth Schroeder, Jr., United States Magistrate Judge, Western District of New York. Thereafter, defendant Efrain Hidalgo is to be returned to the Federal Bureau of Prisons, Metropolitan Detention Center, Brooklyn, New York until termination of federal proceedings, or as directed by the Court. SO ORDERED.

DATED:    Buffalo, New York
                July 15, 2013

                                              *s/ H. Kenneth Schroeder, Jr.*
                                              **H. KENNETH SCHROEDER, JR.**
                                              **United States Magistrate Judge**